■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LIBERATORE, Appellant. (Appeal No. 1.)—Judgment unanimously reversed on the law, motion to suppress granted, plea vacated, and matter remitted to Ontario County Court for further proceedings on the indictment. Memorandum: The hearing court erred in denying defendant's motion to suppress all evidence obtained as a result of the eavesdropping warrants and search warrants. The People did not furnish defendant with a copy of the affirmed statement of an undisclosed confidential informant that was part of the application for an eavesdropping warrant submitted to the issuing Magistrate. The People, therefore, failed to comply with the notice provision of CPL 700.70 and made "neither an application for an extension of time within the 15 days provided in that statute nor a showing of good cause for noncompliance and lack of prejudice to defendant" *(People v Schulz,* 67 NY2d 144, 147; *see also, People v Mark,* 68 AD2d 315, 318).

unanimously reversed on the law, motion to suppress granted, plea vacated, and matter remitted to Ontario County Court for further proceedings on the indictment. Same memorandum as in *People v Liberatore* ([appeal No. 1 ] 167 AD2d 955 [decided herewith]). (Appeal from judgment of Ontario County Court, Reed, J.—criminal sale of controlled substance, third degree.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.